# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JOSEPH DUANE DOKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4196

———————————————

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Mark D Kiser, Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.